## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-70807-JAD |
| | : | |
| Lisa Cartwright | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Lisa Cartwright | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Lisa Cartwright**, hereby state as follows:

1. I have been unemployed for 2 months.

2. Prior to this I was employed part-time by UPMC and earned average gross wages of $ 589.33. I may be returning on a very limited basis.

3. I receive Food Stamps in the amount of $192.00 per month.

4. My fiancée lives in the household and contributes $2,200.00 per month.

5. I have filed income tax returns for the years 2013 – 2016.

6. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: January 13, 2018            /s/ Lisa Cartwright
                                  Lisa Cartwright
                                  Debtor