**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−70870−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Lisia Cartwright
   2009 12th Ave
   Altoona, PA 16602

Social Security No.:
   xxx−xx−8542

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd
Suite 400
Pittsburgh, PA 15235
Telephone number:  412−235−1721

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
April 20, 2018
09:00 AM
Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904

CONFIRMATION HEARING DATE/TIME/LOC
April 20, 2018
09:00 AM
Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 2/22/18

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70870-JAD
Lisia Cartwright                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: amaz              Page 1 of 2            Date Rcvd: Feb 22, 2018
                    Form ID: rsc13            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
```
db             +Lisia Cartwright,    2009 12th Ave,    Altoona, PA 16601-2413
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14758252        Atlantic Broadband,    200 Ebensburg Rd,    Johnstown, PA 15901
14742791       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bankamerica,     Po Box 982238,    El Paso, TX 79998)
14742792       +C & G,   1201 12th St,    Altoona, PA 16601-3421
14742794       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
14758256        Capital One,   1500 Capital One Drive,    Richmond, VA 23238
14758257       +Capital One - Best Buy,    P.O. Box 9001007,    Louisville, KY 40290-1007
14766779        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14742795       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14742796       +Citibank N A,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14742797       +Citibank,n.a,    Po Box 6191,    Sioux Falls, SD 57117-6191
14742799       +Credit Protection Asso,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
14742801       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14742803       +Lvnv Funding Llc,    Po Box 1269,    Greenville, SC 29602-1269
14758899       +M&T Bank,    PO Box 1508,    Buffalo, N.Y. 14240-1508
14742807        Nationwide,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
14742813       +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
14742814       +Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
14742815       +Wells Fargo,    Po Box 5156,    Sioux Falls, SD 57117-5156
14754375        Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 23 2018 02:20:07      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14758251       +E-mail/Text: g20956@att.com Feb 23 2018 02:20:54      AT&T Mobility,    PO Box 6416,
                 Carol Stream, IL 60197-6416
14742790       +E-mail/Text: EBNProcessing@afni.com Feb 23 2018 02:20:35      Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
14755477       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2018 02:22:35
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
14758260       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 23 2018 02:16:42      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
14742798       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 23 2018 02:16:19      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14758263       +E-mail/Text: Bankruptcy.Consumer@dish.com Feb 23 2018 02:20:23      Dish Network,    PO Box 94053,
                 Palatine, IL 60094-4053
14742800       +E-mail/Text: bankruptcynotices@dcicollect.com Feb 23 2018 02:20:54      Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
14742802       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 23 2018 02:19:51      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14742805        E-mail/Text: camanagement@mtb.com Feb 23 2018 02:19:58      M & T Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY 14203
14742804        E-mail/Text: camanagement@mtb.com Feb 23 2018 02:19:58      M & T Bank,    Po Box 900,
                 Millsboro, DE 19966
14777875        E-mail/Text: camanagement@mtb.com Feb 23 2018 02:19:58      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
14748952        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2018 02:39:28
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14743165       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2018 02:22:26
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14742808       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2018 02:22:35
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14742809       +E-mail/Text: bankruptcy@sccompanies.com Feb 23 2018 02:21:17      Seventh Avenue,    1112 7th Ave,
                 Monroe, WI 53566-1364
14756640       +E-mail/Text: bankruptcy@sccompanies.com Feb 23 2018 02:21:17      Seventh Avenue,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
14742810       +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2018 02:16:25      Syncb/amer Eagle,    Po Box 965005,
                 Orlando, FL 32896-5005
14742811       +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2018 02:16:26      Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
14742812       +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2018 02:16:25      Syncb/lane Furniture,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
                                                                                              TOTAL: 20
```

```
District/off: 0315-7           User: amaz                  Page 2 of 2                  Date Rcvd: Feb 22, 2018
                               Form ID: rsc13              Total Noticed: 41


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
14742793        Cap1/bstby
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14758250*      +Afni, Inc.,    Po Box 3097,    Bloomington, IL 61702-3097
14758253*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bankamerica,     Po Box 982238,    El Paso, TX 79998)
14758254*      +C & G,   1201 12th St,    Altoona, PA 16601-3421
14758255*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
14758258*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14758259*      +Citibank,n.a,    Po Box 6191,    Sioux Falls, SD 57117-6191
14758261*      +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
14758262*      +Credit Protection Asso,     13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
14758264*      +Diversified Consultant,     10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
14758265*      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14758266*      +Kohls/capone,    N56 W 17000 Ridgewood Dr,     Menomonee Falls, WI 53051-7096
14758267*      +Lvnv Funding Llc,    Po Box 1269,    Greenville, SC 29602-1269
14758269*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                (address filed with court: M & T Bank,     1 Fountain Plz Fl 4,    Buffalo, NY 14203)
14758268*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                (address filed with court: M & T Bank,     Po Box 900,    Millsboro, DE 19966)
14742806*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                (address filed with court: M&t Bank,     1 Fountain Plz Fl 4,    Buffalo, NY 14203)
14758270*       Nationwide,    Cscl Dispute Team N8235-04m,     Des Moines, IA 50306
14758271*      +Portfolio Recov Assoc,     120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14758272*      +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
14758273*      +Syncb/amer Eagle,    Po Box 965005,    Orlando, FL 32896-5005
14758274*      +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14758275*      +Syncb/lane Furniture,     C/o Po Box 965036,    Orlando, FL 32896-0001
14758276*      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
14758277*      +Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
14758278*      +Wells Fargo,    Po Box 5156,    Sioux Falls, SD 57117-5156
                                                                                              TOTALS: 2, * 25, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Lisia  Cartwright ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5